v.

**SANDISK LLC, Cross-Appellant**

2016-2274, 2016-2275, 2016-2338, 2016-2339

United States Court of Appeals, Federal Circuit.

November 14, 2017

**SMART MODULAR TECHNOLOGIES, INC., Appellant**

v.

**NETLIST, INC., Appellee**

2016-2666
2016-2667

United States Court of Appeals, Federal Circuit.

November 14, 2017

MICHAEL FRANCIS HEAFEY, Troutman Sanders LLP, San Francisco, CA, argued for appellant. Also represented by ANUP M. SHAH, Charlotte, NC.

THOMAS J. WIMBISCUS, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellee. Also represented by WAYNE BRADLEY, SCOTT P. MCBRIDE, GREGORY SCHODDE, RONALD SPUHLER.

(Prost, Chief Judge, Wallach and Hughes, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**